**Order filed, May 30, 2019.**



In The

# Fourteenth Court of Appeals
_____

NO. 14-19-00406-CV
_____

**EBUBEKIR YAHSI, Appellant**

**V.**

**VISOR MUHENDISLIK INSAAT GIDA VE MEKANIK TAAHHUT
TICARET LIMITED SIRKETI AND VIZOR INTERNATIONAL, LLC,**
**Appellee**

On Appeal from the 269th District Court
Harris County, Texas
Trial Court Cause No. 2016-88361

## ORDER

The reporter's record in this case was due **May 28, 2019**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Kathleen Keese**, the official court reporter, to file the record in this appeal **within 10 days** of the date of this order.


PER CURIAM